# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

|  |  |  |
|---|---|---|
| CORRINO HOLDINGS LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 6:20-cv-309- ADA |
| | ) | |
| EXPEDIA, INC. AND TRIVAGO N.V., | ) | JURY TRIAL DEMANDED |
| Defendant. | ) | |
| | ) | |

## AMENDED INFRINGEMENT CONTENTIONS

Pursuant to Paragraph 2 of the Court's *ORDER GOVERNING PROCEEDINGS – PATENT CASE* (Dkt. 14), Plaintiff Corrino Holdings LLC ("Corrino"), hereby makes the following Preliminary Disclosure of Infringement Contentions ("PICs") to Expedia, Inc. and trivago N.V. (collectively "Expedia").

Corrino's PICs are based on Corrino's current interpretation of the asserted patents and on publicly available information describing Expedia's proprietary products, systems, and relationships.  Corrino reserves the right to amend its PICs and asserted claims based on information Corrino obtains through discovery and otherwise as this case progresses.  Corrino reserves the right to amend its infringement contentions responsive to claim construction proceedings and the Court's claim construction rulings or any other relevant rulings.  Corrino reserves the right to amend its infringement contentions and asserted claims based on any proceedings before the United States Patent and Trademark Office regarding Corrino's patents, including the patents-in-suit.

Moreover, the charts and Accused Instrumentalities attached hereto are not intended to cover duplicative instrumentalities or products, *i.e.*, those Expedia instrumentalities and products that have the same structure, function and operation as the charts and Accused Instrumentalities identified herein.  Corrino will supplement its PICs as to such duplicative instrumentalities or products to the extent required by the Court.

**Asserted Patents and Infringement Charts**

Corrino provides the attached claim charts which identify where to find each element of each asserted claim within the Accused Instrumentalities.  (**Exhibits** A-G).  Corrino identifies these asserted claims based on its current and preliminary understanding and reserves the right to supplement its identification as discovery proceeds, including identifying additional claims. These charts serve a notice function and are not required to and therefore do not present every possible permutation or theory of Corrino's case.  Corrino's PICs focus on notice of the underlying direct infringement and are not provided to and should not be read to explain such issues as joint liability, mastermind, or indirect infringement, for example.

Corrino presently contends that Expedia's Accused Instrumentalities literally infringe the Asserted Patents as more specifically explained in the attached charts.  Corrino may further assert infringement under the doctrine of equivalents as identified in the attached charts, to the extent that the difference between any component of any product and any step of any service or any claim element is insubstantial.

- U.S. Patent No. 6,741,188 ("the '188 Patent"), *see* Ex. A.

- U.S. Patent No. 7,716,149 ("the '149 Patent"), *see* Ex. B.

- U.S. Patent No. 7,843,332 ("the '332 Patent"), *see* Ex. C.

- U.S. Patent No. 7,847,685 ("the '685 Patent"), *see* Ex. D.

- U.S. Patent No. 7,958,104 ("the '104 Patent"), *see* Ex. E.

- U.S. Patent No. 9,152,734 ("the '734 Patent"), *see* Ex. F.

- U.S. Patent No. 9,262,533 ("the '533 Patent"), *see* Ex. G.

**Accused Instrumentalities**

Based on the information currently available, Corrino identifies the following instrumentalities, including all reasonably similar variants or improvements, as the accused instrumentalities:  Expedia's websites and mobile apps for each of the Expedia Brands and Subsidiaries, specifically, the www.expedia.com website and related mobile application, the www.cheaptickets.com website and related mobile application, the www.hotels.com website and related mobile application, the www.orbitz.com website and related mobile application, the www.travelocity.com website and related mobile application, the www.trivago.com website and related mobile application, the www.HomeAway.com website and related mobile application, the www.Vrbo.com website and related mobile application, and all other substantially similar products and services (collectively the "Accused Products").  The term "Accused Products" includes the associated computer system, software, hardware, processes, and methods related thereto.  As used herein, each website and related mobile application is a "Platform," each Platform is an "Accused Product," and the Accused Products are referred to collectively as "Accused Instrumentalities."

Corrino identifies these Accused Instrumentalities based on its preliminary understanding of information currently available to Corrino.  Expedia has not to date provided any relevant technical discovery, and Corrino reserves the right to supplement its identification as discovery proceeds, including identifying additional instrumentalities.

**Document Production Accompanying Disclosure**

Corrino has provided a copy of the file history of each Asserted Patent. Based on the information currently available, Corrino is currently relying on the earliest filing date of an application, including any provisional application, from which the Asserted Patents issued. As a result, Corrino is not producing documents concerning the conception, reduction to practice, design, and development of each claimed invention which were created on or before the earliest application date for each respective Asserted Patent. Corrino will supplement its response to the extent it subsequently alleges a priority date other than that of the earliest application of each Asserted Patent.

**File Histories**

Corrino has produced the file history for each Asserted Patent.

Respectfully submitted,

Date:   3 August 2021

\s\ Henning Schmidt
Henning Schmidt
Texas State Bar Number 24060569
HSchmidt@dimuro.com
Cecil E. Key
Ckey@dimuro.com
Jay P. Kesan
JKesan@dimuro.com
DIMURO GINSBERG, P.C.
1101 King St., Suite 610
Alexandria, Virginia 22314
Phone: (703) 684-4333
Fax:    (703) 548-3181

*Attorneys for Plaintiff*
*Corrino Holdings, LLC.*

4

## EXHIBIT F

## Preliminary Infringement Contentions for U.S. Patent 9,152,734

**Title**:      SYSTEMS AND METHODS FOR IDENTIFYING INTERSECTIONS USING CONTENT METADATA
**Priority Date**: at least May 24, 2010, filing date of Provisional Appl. No. 61/347,815
**Filing Date**: May 24, 2011
**Inventors**:  Peter Rinearson, Kristofor Selden, Michael Flashman
**Abstract**:    User-submitted content (e.g., stories) may be associated with descriptive metadata (intersection meta data), such as a timeframe, location, tags, and so on. The user-submitted content may be browsed and/or searched using the descriptive metadata. Intersection criteria comprising a prevailing timeframe, a location, and/or other metadata criteria may be used to identify an intersection space comprising one or more stories. The stories may be ordered according to relative importance, which may be determined (at least in part) by comparing story metadata to the intersection criteria.

All allegations of Plaintiff's operative Complaint, including those filed hereafter, are incorporated herein by reference. Plaintiff reserves the right to revise these contentions, including as discovery in the case progresses and in view of the Court's final claim construction in this action or any other relevant rulings or information becomes available. The contentions are provided as required to provide general notice of the asserted claims and infringing features of the accused instrumentalities, and are not an exhaustive list of all proof thereof to be marshalled at trial.

**Accused Instrumentalities**: Based on the information currently available, Corrino identifies the following instrumentalities, including all reasonably similar variants or improvements, as the accused instrumentalities: Expedia's websites and mobile apps for each of the Expedia Brands and Subsidiaries, specifically, the www.expedia.com website and related mobile application, the www.cheaptickets.com website and related mobile application, the www.hotels.com website and related mobile application, the www.orbitz.com website and related mobile application, the www.travelocity.com website and related mobile application, the www.trivago.com website and related mobile application, the www.HomeAway.com website and related mobile application, the www.Vrbo.com website and related mobile application, and all other substantially similar products and services. Although the exemplary accused instrumentalities charted below are Expedia, CheapTickets, and Travelocity, the remaining Accused Instrumentalities have substantially the same if not identical structure, function and operation as the Accused Instrumentalities charted below and therefore also infringe for the same reasons demonstrated in the charts below.

## Contents

**Exemplary Accused Instrumentality: Expedia** ........................................................................................ 1

**Exemplary Accused Instrumentality: CheapTickets** ............................................................................. 13

**Exemplary Accused Instrumentality: Travelocity** ............................................................................... 25

**U.S. 9,152,734**
**Exemplary Accused Instrumentality: Expedia**

| Claim Language | Exemplary Accused Instrumentality |
|---|---|
| 1. A method for presenting story content relating to a timeframe and location of interest, the method performed by a computing system having one or more hardware computer processors, the method comprising: | Expedia allows users to search flights from the preferred departure airports to the preferred destination airports.  This search comprises options for preferred departure or arrival airport ("location of interest") and preferred departure or arrival time ("timeframe") and thus comprises a story and story content relating to a timeframe and location of interest.<br><br><br><br>https://www.expedia.com/. |

1

| Claim Language | Exemplary Accused Instrumentality |
|---|---|
|  | Screenshots taken from hands on testing of Expedia website. |
| receiving a query comprising an intersection criteria, the intersection criteria comprising a | Expedia enables users to enter search query for available flight options from the preferred departure airports to destination airports.  Further, the search query comprises departure or arrival airport ("location of interest") and departure or arrival time ("timeframe of interest").  As |

| Claim Language | Exemplary Accused Instrumentality |
|---|---|
| location and a timeframe of interest; | shown in the exemplary case below, the user searches for flights from Washington (DCA) within timeframe of Morning 5 AM to Morning 11.59 AM.  Screenshots taken from hands on testing of Expedia website. |
| generating an intersection space comprising one or more stories matching the location and the | Based on the applied search query with specified intersection criterias, Expedia generates a page consisting of desired flights ("an intersection space"). |

| Claim Language | Exemplary Accused Instrumentality |
|---|---|
| timeframe of the query, said generating comprising: |  |
| | Screenshots taken from hands on experience of Expedia website. |
| accessing a plurality of stories stored on a non-transitory computer-readable storage | Expedia creates a search result page ("intersection space") for displaying a list of identified records (such as flights from the preferred airport within selected timeframe) as search results. Expedia looks for desired search results ("stories") with information that matches the search |

| Claim Language | Exemplary Accused Instrumentality |
|---|---|
| medium, each story submitted by a user and comprising one or more content items and having respective intersection metadata, the intersection metadata of each story comprising a location and a timeframe pertaining to the story; | query ("intersection metadata") in its database ("stored on a computer-readable storage"). As shown in the exemplary case below, the search results are displayed to the user that match the user query i.e. search term, location and timeframe.<br><br><br><br>Screenshots taken from hands on experience of Expedia website |
| selecting stories for inclusion in the intersection space that have | The flights departure location and time as mentioned in the filters are selected for displaying to the user.  In the exemplary case below, the flight departing from location 'Washington, DC' and |

| Claim Language | Exemplary Accused Instrumentality |
|---|---|
| intersection metadata corresponding to the location and the timeframe of the intersection criteria; and | time between Morning 5 AM to Morning 11.59 AM ("intersection criteria") for the date are selected for displaying as desired results. Selecting these criterias displays only those search results that are similar or have matching metadata (such as time and location).  Screenshots taken from hands on testing of Expedia website. |

| Claim Language | Exemplary Accused Instrumentality |
|---|---|
| filtering the stories selected for inclusion in the intersection space so that each remaining story is associated with an indication provided by one or more users that the remaining story is associated with a same one or more participants; | Expedia filters the stories selected for inclusion in the intersection space so that each remaining story is associated with an indication provided by one or more users.  Specifically, Expedia filters the results associated with the different airlines ("more participants") based on criteria indicating user preferences, such as airline choice like for example Delta, JetBlue Airway etc., to display in the intersection space based on the selected criteria.<br><br> |

| Claim Language | Exemplary Accused Instrumentality |
|---|---|
| | Screenshots taken from hands on testing of Expedia website. ⌄ **How we determine our sort order** As a traveler shopping on our site, you have many options to help you find the perfect hotel, flight, car rental, cruise, or activity. The **Sort** settings at the top of the page allow you to order search results to your preference, such as price, verified review score, and other criteria. In addition, the **Filter** settings allow you to include or exclude various options to suit your travel needs. If you select no specific **Sort** option, by default we will show you a range of relevant options in the search results, based on the following criteria: https://www.expedia.com/service/#/myTrips/19367. |
| calculating a relative importance of each story in the intersection space, wherein the relative importance of respective stories indicates a relative overlap between the timeframe of interest and a timeframe of the respective story; and | Expedia provides search result based on the different sort orders such as by such as price, earliest arrival, earliest departure etc., that can be selected by the user. In the exemplary case below, in sorting based on earliest departure, JetBlue Airways has been given a higher importance as compared to Delta airlines. All the stories in the results have overlapping timeframe between the timeframe selected by the user and departure time of each airline story in the search result. Expedia calculates a relative importance of each story in the intersection space based on the criteria provided by the user, such as price, earliest arrival, earliest departure etc. Results are displayed based on the calculated relative importance. ⌄ **How we determine our sort order** As a traveler shopping on our site, you have many options to help you find the perfect hotel, flight, car rental, cruise, or activity. The **Sort** settings at the top of the page allow you to order search results to your preference, such as price, verified review score, and other criteria. In addition, the **Filter** settings allow you to include or exclude various options to suit your travel needs. If you select no specific **Sort** option, by default we will show you a range of relevant options in the search results, based on the following criteria: https://www.expedia.com/service/#/myTrips/19367 |

| Claim Language | Exemplary Accused Instrumentality |
|---|---|
| |  |

Screenshots taken from hands on testing of Expedia website.

| Claim Language | Exemplary Accused Instrumentality |
|---|---|
| providing, for presentation on a display, the intersection space comprising indicators of one or more of the stories included in the intersection space in an order based on the relative importance of each respective story in the intersection space. | The identified search results (flights) are displayed to the user on the search result page with "indicators". As mentioned in the description of the patent, an indicator can be a name or description about the contributor of the story (indicating the contributor of the story). Thus, in this case, the names of the airlines or airways listed in the search results are "indicators".  |
| | Screenshots taken from hands on testing of Expedia website. |

| Claim Language | Exemplary Accused Instrumentality |
|---|---|
| 2. The method of claim 1, wherein selecting a particular story for inclusion in the intersection space comprises:<br>matching the location of the intersection criteria to a location of the particular story; and<br>matching the timeframe of the intersection criteria to a timeframe of the particular story. | The Expedia provides flight details on the display using a matching criteria for the user selected departure time and location ("intersection criteria") to the flight departure time and location.<br><br><br>Screenshots taken from hands on experience of Expedia website. |
|  |  |

**U.S. 9,152,734**
**Exemplary Accused Instrumentality: CheapTickets**

| Claim Language | Exemplary Accused Instrumentality |
|---|---|
| 1. A method for presenting story content relating to a timeframe and location of interest, the method performed by a computing system having one or more hardware computer processors, the method comprising: | CheapTickets users to plan and book travel from the wide range of options available for vacation packages and flights.  It enables travelers to search flights from the preferred departure airports to the preferred destination airports.  This search comprises options for preferred departure or arrival airport ("location of interest") and preferred departure or arrival time ("timeframe").<br><br><br><br>https://www.cheaptickets.com/. |

| Claim Language | Exemplary Accused Instrumentality |
|---|---|
| |  |

Screenshots taken from hands on experience of CheapTickets website.

| Claim Language | Exemplary Accused Instrumentality |
|---|---|
| receiving a query comprising an intersection criteria, the intersection criteria comprising a location and a timeframe of interest; | CheapTickets enables users to enter search query for available flight options from the preferred departure airports to destination airports. Further, the search query comprises departure or arrival airport ("location of interest") and departure or arrival time ("timeframe of interest"). As shown in the exemplary case below, the user searches for departure flights from LGA (New York) within timeframe of Morning (5.00 AM to 11.59 AM). <br><br>  |

| Claim Language | Exemplary Accused Instrumentality |
|---|---|
| | Screenshots taken from hands on experience of CheapTickets website |
| generating an intersection space comprising one or more stories matching the location and the timeframe of the query, said generating comprising: accessing a plurality of stories stored on a non-transitory computer-readable storage medium, each story submitted by a user and comprising one or more content items and having respective intersection metadata, the intersection metadata of each story comprising a location and a timeframe pertaining to the story; | CheapTickets creates a search result page ("intersection space") for displaying a list of identified records (such as flights from the preferred airport within selected timeframe) as search results. CheapTickets looks for desired search results ("stories") with information that matches the search query ("intersection metadata") in its database ("stored on a computer-readable storage"). As shown in the exemplary case below, the search results are displayed to the user that match the user query i.e. search term, location and timeframe. |

| Claim Language | Exemplary Accused Instrumentality |
|---|---|
| | Screenshots taken from hands on testing of Cheaptickets website |
| selecting stories for inclusion in the intersection space that have intersection metadata corresponding to the location and the timeframe of the intersection criteria; and | The flights departure location and time as mentioned in the filters are selected for displaying results.  In the exemplary case below, the flight departing from location 'New York' and departure time between Morning 5.00 AM to 11.59 AM are selected as "intersection criteria" for displaying the desired results. |

| Claim Language | Exemplary Accused Instrumentality |
|---|---|
| | <br>Screenshots taken from hands on testing of CheapTickets website |
| filtering the stories selected for inclusion in the intersection space so that each remaining story is associated with an indication | CheapTickets filters the stories selected for inclusion in the intersection space so that each remaining story is associated with an indication provided by one or more users. Specifically, CheapTickets filters the results associated with the different airlines ("more participants") based |

| Claim Language | Exemplary Accused Instrumentality |
|---|---|
| provided by one or more users that the remaining story is associated with a same one or more participants; | on criteria indicating user preferences, such as airline choice like for example Delta, JetBlue Airway etc., to display in the intersection space based on the selected criteria.  Screenshots taken from hands on testing of CheapTickets website. |

| Claim Language | Exemplary Accused Instrumentality |
|---|---|
| | **7. SORT ORDER**<br><br>As travelers shopping on our site, you have many options to help you find the perfect hotel, flight, car rental, cruise or activity. The "sort" settings allow you to order search results to your preference, whether based on price, verified review score, or other criteria. The "filter" settings also allow you to include or exclude various options to suit their travel needs. If no options are selected, we will show a range of relevant options in the search results, based on the criteria outlined below:<br><br>https://www.cheaptickets.com/p/info-other/legal.htm. |
| calculating a relative importance of each story in the intersection space, wherein the relative importance of respective stories indicates a relative overlap between the timeframe of interest and a timeframe of the respective story; and | CheapTickets provides search result based on the different sort orders such as by such as price, earliest arrival, earliest departure etc., that can be selected by the user. In the exemplary case below, in sorting based on earliest departure, American Airlines has been given a higher importance as compared to Delta airlines and JetBlue Airways. All the stories in the results have overlapping timeframe between the timeframe selected by the user and departure time of each airline story in the search result.<br><br>## CheapTickets Terms and Conditions<br><br>**7. SORT ORDER**<br><br>As travelers shopping on our site, you have many options to help you find the perfect hotel, flight, car rental, cruise or activity. The "sort" settings allow you to order search results to your preference, whether based on price, verified review score, or other criteria. The "filter" settings also allow you to include or exclude various options to suit their travel needs. If no options are selected, we will show a range of relevant options in the search results, based on the criteria outlined below:<br>https://www.cheaptickets.com/p/info-other/legal.htm. |

| Claim Language | Exemplary Accused Instrumentality |
|---|---|
| | Screenshots taken from hands on testing of CheapTickets website. |
| providing, for presentation on a display, the intersection space comprising indicators of one or | The identified search results (flights) are displayed to the user on the search result page with "indicators".  As mentioned in the description of the patent, an indicator can be a name or |

| Claim Language | Exemplary Accused Instrumentality |
|---|---|
| more of the stories included in the intersection space in an order based on the relative importance of each respective story in the intersection space. | description about the contributor of the story (indicating the contributor of the story).  Thus, in this case, the names of the airlines or airways listed in the search results are "indicators."  |
| | Screenshots taken from hands on testing of CheapTickets website. |
| 2. The method of claim 1, wherein selecting a particular story for | CheapTickets provides flight details on the display using a matching criteria for the user selected departure time and location ("intersection criteria") to the flight departure time and location. |

| Claim Language | Exemplary Accused Instrumentality |
|---|---|
| inclusion in the intersection space comprises:<br><br>matching the location of the intersection criteria to a location of the particular story; and<br><br>matching the timeframe of the intersection criteria to a timeframe of the particular story. | <br>Screenshots taken from hands on testing of CheapTickets website. |

**U.S. 9,152,734**
**Exemplary Accused Instrumentality: Travelocity**

| Claim Language | Exemplary Accused Instrumentality |
|---|---|
| 1. A method for presenting story content relating to a timeframe and location of interest, the method performed by a computing system having one or more hardware computer processors, the method comprising: | Travelocity allows users to search flights from the preferred departure airports to the preferred destination airports. This search comprises options for preferred departure or arrival airport ("location of interest") and preferred departure or arrival time ("timeframe").  https://www.travelocity.com/. |

| Claim Language | Exemplary Accused Instrumentality |
|---|---|
| |  Screenshots taken from hands on testing of Travelocity website. |

| Claim Language | Exemplary Accused Instrumentality |
|---|---|
| receiving a query comprising an intersection criteria, the intersection criteria comprising a location and a timeframe of interest; | Travelocity enables users to enter search query for available flight options from the preferred departure airports to destination airports.  Further, the search query comprises departure or arrival airport ("location of interest") and departure or arrival time ("timeframe of interest").  As shown in the exemplary case below, the user searches for flights from New York (LGA) within timeframe of Afternoon 12 PM to 5:59 PM.<br><br><br><br>Screenshots taken from hands on testing of Travelocity website |

| Claim Language | Exemplary Accused Instrumentality |
|---|---|
| generating an intersection space comprising one or more stories matching the location and the timeframe of the query, said generating comprising: | Based on the applied search query with specified intersection criterias, Travelocity generates a page consisting of desired flights ("an intersection space").<br><br><br><br>Screenshots taken from hands on testing of Travelocity website. |

| Claim Language | Exemplary Accused Instrumentality |
|---|---|
| accessing a plurality of stories stored on a non-transitory computer-readable storage medium, each story submitted by a user and comprising one or more content items and having respective intersection metadata, the intersection metadata of each story comprising a location and a timeframe pertaining to the story; | Travelocity creates a search result page ("intersection space") for displaying a list of identified records (such as flights from the preferred airport within selected timeframe) as search results. Travelocity looks for desired search results ("stories") with information that matches the search query ("intersection metadata") in its database ("stored on a computer-readable storage"). As shown in the exemplary case below, the search results are displayed to the user that match the user query i.e. search term, location and timeframe. |

| Claim Language | Exemplary Accused Instrumentality |
|---|---|
| | <br><br>Screenshots taken from hands on testing of Travelocity website. |
| selecting stories for inclusion in the intersection space that have intersection metadata corresponding to the location and | The flights departure location and time as mentioned in the filters are selected for displaying to the user. In the exemplary case below, the flight departing from location 'New York, LGA' and time between Afternoon 12 PM to 5:59 PM ("intersection criteria") for the date are selected for |

| Claim Language | Exemplary Accused Instrumentality |
|---|---|
| the timeframe of the intersection criteria; and | displaying as desired results.  Selecting these criterias display only those search results that are similar or have matching metadata (such as time and location).   Screenshots taken from hands on testing of Travelocity website. |
| filtering the stories selected for inclusion in the intersection space so that each remaining story is associated with an indication | Travelocity filters the stories selected for inclusion in the intersection space so that each remaining story is associated with an indication provided by one or more users.  Specifically, Travelocity filters the results associated with the different airlines ("more participants") based |

| Claim Language | Exemplary Accused Instrumentality |
|---|---|
| provided by one or more users that the remaining story is associated with a same one or more participants; | on criteria indicating user preferences, such as airline choice like for example Delta, JetBlue Airway etc., to display in the intersection space based on the selected criteria.  Screenshots taken from hands on testing of Travelocity website **Travelocity Terms of Use** **How Our Sort Order is Determined** As a travelers shopping on our site, you have many options on to help you find the perfect hotel, flight, car rental, cruise or activity. The "sort" settings allow you to order search results to your preference, whether based on price, verified review score, or other criteria. The "filter" settings also allow you to include or exclude various options to suit their travel needs. If no options are selected, we will show a range of relevant options in the search results, based on the criteria outlined below: |

| Claim Language | Exemplary Accused Instrumentality |
|---|---|
| | https://www.travelocity.com/p/info-other/legal.htm. |
| calculating a relative importance of each story in the intersection space, wherein the relative importance of respective stories indicates a relative overlap between the timeframe of interest and a timeframe of the respective story; and | Travelocity provides search result based on the different sort orders such as by such as price, earliest arrival, earliest departure etc., that can be selected by the user. In the exemplary case below, in sorting based on earliest departure, American Airlines has been given a higher importance as compared to JetBlue Airways.  All the stories in the results have overlapping timeframe between the timeframe selected by the user and departure time of each airline story in the search result.<br><br>**Travelocity Terms of Use**<br>**How Our Sort Order is Determined**<br>As a travelers shopping on our site, you have many options on to help you find the perfect hotel, flight, car rental, cruise or activity. The "sort" settings allow you to order search results to your preference, whether based on price, verified review score, or other criteria. The "filter" settings also allow you to include or exclude various options to suit their travel needs. If no options are selected, we will show a range of relevant options in the search results, based on the criteria outlined below:<br>https://www.travelocity.com/p/info-other/legal.htm. |

| Claim Language | Exemplary Accused Instrumentality |
|---|---|
| | <br>Screenshots taken from hands on testing of Travelocity website. |
| providing, for presentation on a display, the intersection space comprising indicators of one or more of the stories included in the intersection space in an order based on the relative importance of each | The identified search results (flights) are displayed to the user on the search result page with "indicators". As mentioned in the description of the patent, an indicator can be a name or description about the contributor of the story (indicating the contributor of the story). Thus, in this case, the names of the airlines or airways listed in the search results are "indicators." |

| Claim Language | Exemplary Accused Instrumentality |
|---|---|
| respective story in the intersection space. | 

Screenshots taken from hands on testing of Travelocity website. |
| 2. The method of claim 1, wherein selecting a particular story for | Travelocity provides flight details on the display using a matching criteria for the user selected departure time and location ("intersection criteria") to the flight departure time and location. |

| Claim Language | Exemplary Accused Instrumentality |
|---|---|
| inclusion in the intersection space comprises:<br>matching the location of the intersection criteria to a location of the particular story; and<br>matching the timeframe of the intersection criteria to a timeframe of the particular story. | <br>Screenshots taken from hands on testing of Travelocity website. |
|  |  |

36