IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| CORRINO HOLDINGS LLC,<br><br>Plaintiff,<br>v.<br><br>EXPEDIA, INC. and TRIVAGO N.V.,<br><br>Defendants. | CIVIL ACTION NO. 6:20-CV-00309-ADA<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING DEFENDANTS EXPEDIA, INC. AND TRIVAGO N.V.'S MOTION TO STRIKE PLAINTIFF'S INFRINGEMENT CONTENTIONS**

Before the Court is Defendants Expedia, Inc. and Trivago N.V.'s Motion to Strike Plaintiff's Infringement Contentions. The Court, having considered same, is of the opinion the motion should be GRANTED.

**SIGNED** this _____ day of _____, 2021.

_____
UNITED STATES DISTRICT JUDGE